## 55865. WHITE v. COMPLETE AUTO TRANSIT, INC.

DEEN, Presiding Judge.

White appeals from an order of the trial court denying her motion for default judgment against the appellee, denying two motions to strike, and granting the appellee's motion to open the default. The case is still pending in the trial court and is not an appealable final judgment. *Wachstein v. C. & S. Nat. Bank,* 142 Ga. App. 23 (234 SE2d 828).

*Appeal dismissed. Smith and Banke, JJ., concur.*

SUBMITTED MAY 2, 1978 — DECIDED MAY 17, 1978 —
REHEARING DENIED JUNE 6, 1978.

*Robert D. Brooks,* for appellant.
*Nall & Miller, Robert B. Hocutt,* for appellee.